Certificate Number: 05781-FLS-DE-041268527

Bankruptcy Case Number: 26-19336



05781-FLS-DE-041268527

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2026, at 2:30 o'clock PM PDT, Cheryl-Ann Leslie completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   July 30, 2026

By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President